# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ESTHER SANDOVAL

      Plaintiff

  v.

                                              Civil Action No.  2:22-cv-218

FRANCISCAN ALLIANCE INC.

      Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other: Judgment ENTERED in favor of the defendant Franciscan Alliance Inc., and against plaintiff Esther Sandoval.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Magistrate Judge Andrew P Rodovich on Motion for Summary Judgment by Defendant Franciscan Alliance Inc.

DATE: 1/30/2024                          CHANDA J. BERTA, CLERK OF COURT

                                                        by   s/A. Highlen
                                                         *Signature of Clerk or Deputy Clerk*